UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**SULLIVAN, WARD, ASHER & PATTON, P.C.**
**25800 Northwestern Hwy.**
**1000 Maccabees Center**
**PO Box 222**
**Southfield, Michigan  48037-0222**
**Telephone:   248.746.0700**
**Facsimile:    248.746.2760**
**Attorneys of Record for Plaintiff**
**David J. Selwocki  (DS1018)**

_____/
SHEET METAL WORKERS INTERNATIONAL
ASSOCIATION LOCAL NO. 38 VACATION FUND,
SHEET METAL WORKERS INTERNATIONAL
ASSOCIATION LOCAL NO. 38 INSURANCE AND
WELFARE FUND, SHEET METAL WORKERS
INTERNATIONAL ASSOCIATION LOCAL NO. 38
PROFIT SHARING PLAN, SHEET METAL WORKERS
LOCAL 38 LABOR MANAGEMENT COMMITTEE
AND TRUST, SHEET METAL WORKERS LOCAL 38
CRAFT TRAINING FUND, SHEET METAL WORKERS
NATIONAL PENSION FUND, SHEET METAL WORKERS
LOCAL 38 CRAFT TRAINING BUILDING FUND, TRUST
FUNDS established and administered pursuant to federal law,

    Plaintiffs,                                              Case No.:  07-civ-8003
                                                                         Judge Karas

vs.

NO BETTER INSTALLER (N.B.I.), INC., a New York
Corporation, and JOHN A. BULLOCK, Individually,

    Defendants.
_____/

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    NOW COME the Plaintiffs, by and through their attorneys, and hereby voluntarily dismiss without prejudice the above-captioned matter against all of the Defendants.

                                                                Respectfully Submitted,
                                                                   **SULLIVAN, WARD, ASHER,**
                                                                   **& PATTON, P.C.**

                                        By:    s/ David J. Selwocki
                                                   **DAVID J. SELWOCKI  (DS1018)**
                                                   Attorneys for Plaintiffs
                                                 25800 Northwestern Hwy., Suite 1000
                                                 Southfield MI  48037-0222
                                                 248.746.0700

Dated:   April 25, 2008
W0620780/S23-117811