UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**SULLIVAN, WARD, ASHER & PATTON, P.C.**
25800 Northwestern Hwy.
**1000 Maccabees Center**
PO Box 222
Southfield, Michigan 48037-0222
Telephone: 248.746.0700
**Facsimile:** 248.746.2760
**Attorneys of Record for Plaintiff**
David J. Selwocki (DS1018)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

_____/

SHEET METAL WORKERS INTERNATIONAL
ASSOCIATION LOCAL NO. 38 VACATION FUND,
SHEET METAL WORKERS INTERNATIONAL
ASSOCIATION LOCAL NO. 38 INSURANCE AND
WELFARE FUND, SHEET METAL WORKERS
INTERNATIONAL ASSOCIATION LOCAL NO. 38
PROFIT SHARING PLAN, SHEET METAL WORKERS
LOCAL 38 LABOR MANAGEMENT COMMITTEE
AND TRUST, SHEET METAL WORKERS LOCAL 38
CRAFT TRAINING FUND, SHEET METAL WORKERS
NATIONAL PENSION FUND, SHEET METAL WORKERS
LOCAL 38 CRAFT TRAINING BUILDING FUND, TRUST
FUNDS established and administered pursuant to federal law,

  Plaintiffs,

vs.

NO BETTER INSTALLER (N.B.I.), INC., a New York
Corporation, and JOHN A. BULLOCK, Individually,

  Defendants.
_____/

Case No.: 07-civ-8003
Judge Karas

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

  NOW COME the Plaintiffs, by and through their attorneys, and hereby voluntarily dismiss without prejudice the above-captioned matter against all of the Defendants.

      Respectfully Submitted,
       SULLIVAN, WARD, ASHER,
       & PATTON, P.C.

    By: s/ David J. Selwocki_____
      **DAVID J. SELWOCKI (DS1018)**
      Attorneys for Plaintiffs
      25800 Northwestern Hwy., Suite 1000
      Southfield MI 48037-0222
      248.746.0700

Dated:  April 25, 2008
W0620780/S23-117811

SO ORDERED
/s/ Kenneth M. Karas
KENNETH M. KARAS U.S.D.J.
5/8/08